# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

```
FILED
APR 19, 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY   MKU
Deputy Clerk, U.S. District Court
```

| | |
|---|---|
| Nelly Murillo Hogge, ) | Case No. 5:21-cv-1268 -FWS (KKx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | VERDICT FORM |
| ) | |
| Costco Wholesale Corp., ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

1

We, the jury in the above-entitled matter, answer the questions submitted to us as follows:

1.   Did Defendant Costco Wholesale Corp. own and/or control the property?

 Yes        _____No

If you answered yes to question 1, then answer question 2.  If you answered no to question 1, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.   Was Defendant Costco Wholesale Corp. negligent in the use or maintenance of the property?

 Yes        _____No

If you answered yes to question 2, then answer question 3.  If you answered no to question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.   Was Defendant Costco Wholesale Corp.'s negligence a substantial factor in causing harm to Plaintiff Nelly Murillo Hogge?

_____Yes         No

If you answered yes to question 3, then answer question 4.  If you answered no to question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What are Plaintiff Nelly Murillo Hogge's total damages? Do not reduce the damages based on the fault, if any, of Plaintiff Nelly Murillo Hogge or others.

 a. Past economic loss:
  Medical Expenses  $_____

 b. Future economic loss:
  Medical Expenses  $_____

 c. Past noneconomic loss:
  Physical pain/mental suffering  $_____

 d. Future noneconomic loss:
  Physical pain/mental suffering  $_____

  Total:  $_____

If Plaintiff Nelly Murillo Hogge has proved any damages, then answer question 5. If Plaintiff Nelly Murillo Hogge has not proved any damages then stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Plaintiff Nelly Murillo Hogge also negligent?

  _____Yes  _____No

If your answer to question 5 is yes, then answer question 6. If you answered no, insert the number zero (0) next to Plaintiff Nelly Murillo Hogge's name in question 9, skip question 6, and answer question 7.

6.   Was Plaintiff Nelly Murillo Hogge's negligence a substantial factor in causing her harm?

_____Yes          _____No

If your answer to question 6 is yes, then answer question 7. If you answered no, insert the number zero next to Plaintiff Nelly Murillo Hogge's name in question 9 and answer question 7.

7.   Was William David Hogge negligent?

_____Yes          _____No

If you answered yes to question 7, then answer question 8. If you answered no to question 7, insert the number zero next to William David Hogge's name in question 9, skip question 8, and answer question 9.

8.   Was William David Hogge's negligence a substantial factor in causing harm to Plaintiff Nelly Murillo Hogge?

_____Yes          _____No

If you answered yes to question 8, then answer question 9. If you answered no to question 8, insert the number zero next to William David Hogge's name in question 9 and answer question 9.

9.   What percentage of responsibility for Plaintiff Nelly Murillo Hogge's harm do you assign to the following? Insert a percentage above zero for only those who received "yes" answers in questions 3, 6, or 8:

Defendant Costco Wholesale Corp.:         _____ %

Plaintiff Nelly Murillo Hogge:         _____ %

William David Hogge:         _____ %

Total:         _____ 100 %

Signed ███████████████

Presiding Juror

Dated: 4/19/23

After this verdict form has been signed, notify the that you are ready to present your verdict in the courtroom.