JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLY MURILLO HOGGE,<br>                    Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORP.,<br>                    Defendant. | Case No.: EDCV 21-01268-FWS-KK<br><br>**JUDGMENT** |

On April 11, 2023, the court held a trial on this matter in Courtroom 10D of the United States District Court, Central District of California, the Honorable Fred W. Slaughter presiding. (Dkt 68.) Plaintiff Nelly Murillo Hogge appeared by and through her attorney of record, Karina A. Padua, and Defendant Costco Wholesale Co. appeared by and through its attorney of record, Jeffrey A. Morris. On April 19, 2023, the jury returned a verdict in favor of Defendant Costco Wholesale Corp. (Dkt. 89.) On April 20, 2023, Defendant Costco Wholesale Corp. filed a Request for Entry of Judgment. (Dkt 93.) On April 27, 2023, Plaintiff Nelly Murillo Hogge filed Objections to Defendant's Request for Entry of Judgment ("Objections"). (Dkt. 95.)

Having considered Plaintiff Nelly Murillo Hogge's Objections, the court **OVERRULED** the Objections. (Dkt. 96.) Therefore, Plaintiff Nelly Murillo

Hogge's claims for negligence and premises liability having been adjudicated in favor of Defendant Costco Wholesale Corp.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Nelly Murillo Hogge shall take nothing from Defendant Costco Wholesale Corp. on her Complaint, and that Judgment is hereby entered in favor of Defendant Costco Wholesale Corp. and against Plaintiff Nelly Murillo Hogge.

Defendant Costco Wholesale Corp. shall file any motion or application for costs within **fourteen (14) days** of the date this Order was filed. Any motion or application for costs must comply with Local Rule 54-2.

**IT IS SO ORDERED.**

DATED: May 4, 2023

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE